SALTZ MONGELUZZI
BARRETT & BENDESKY PC
TRIAL LAWYERS

| DELAWARE COUNTY OFFICE | ONE LIBERTY PLACE, 52ND FLOOR | NEW JERSEY OFFICE |
| --- | --- | --- |
| 20 WEST THIRD STREET | 1650 MARKET STREET | PLAZA 1000 AT MAIN STREET |
| P.O. BOX 1670 | PHILADELPHIA, PA 19103 | SUITE 206 |
| MEDIA, PA 19063 | VOICE 215.496.8282 | VOORHEES, NJ 08043 |
| VOICE 610.627.9777 | FAX 215.496.0999 | VOICE 856.751.8383 |
| FAX 610.627.9787 | | FAX 856.751.0868 |

DAVID J. COHEN
DIRECT DIAL (215) 575.3985
DCOHEN@SMBB.COM

May 26, 2009

**Via Hand Delivery and ECF Filing**

Hon. R. Barclay Surrick
U.S.D.C. for the Eastern District of Pennsylvania
601 Market Street, Room 8614
Philadelphia, PA 19106-1717

> Re: *Myers et al. v. Jani-King of Philadelphia, Inc. et al.*, Case 2:09-cv-01738-RBS
> *Request for Stay of Briefing on Defendants' Motion to Dismiss*

Dear Judge Surrick:

I write on behalf of Plaintiff in the above-captioned matter to request a stay of the briefing in connection with Defendants' May 18, 2009 Motion to Dismiss [Dkt. No. 8].

Plaintiffs filed this case in the Philadelphia County Court of Common Pleas on March 20, 2009. Defendants filed a Notice of Removal under 28 U.S.C. § 1332(d)(2) on April 24, 2009 [Dkt. No. 1]. Plaintiffs filed a Motion to Remand this case to the Philadelphia County Court of Common Pleas under 28 U.S.C. § 1332(d)(3) on May 14, 2009 [Dkt. No. 6].

Plaintiffs respectfully ask this Court to stay all briefing deadlines relating to Defendants' Motion to Dismiss until the issue of remand is resolved because, if remand is granted, this Court will lack jurisdiction to rule upon Defendants' dispositive Motion. Plaintiffs' counsel have conferred with defense counsel on this matter, and have been advised that Defendants oppose this request. Plaintiff's opposition is presently due on June 15, 2009. Thank you for your attention to this matter.

Respectfully submitted,

David J. Cohen

cc: All record counsel *via* ECF