IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA MYERS, DARRYL WILLIAMS, AND WYATT SEALS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, : : : : : : v. : : JANI-KING OF PHILADELPHIA, INC., : ET AL. : | CIVIL ACTION NO. 09-1738 |

## ORDER

AND NOW, this 4th day of August, 2009, upon consideration of Plaintiffs' Motion to Remand to the Philadelphia Court of Common Pleas, (Doc. No. 6), and all papers submitted in support thereof and opposition thereto, it is ORDERED the Motion is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.