IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAMELA MYERS, ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-1738 |
| JANI-KING OF PHILADELPHIA, INC., | : | |
| ET AL. | : | |

**ORDER**

**AND NOW**, this __5th__ day of December, 2012, upon consideration of Defendants' Motion to Dismiss or Transfer (ECF No. 8), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. The Motion to Transfer Venue is **DENIED**.

2. The Motion to Dismiss is **GRANTED** with respect to Count IV.

3. The Motion to Dismiss is **DENIED** with respect to Count III.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**