UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD BROOKS and DARRYL WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> JANI-KING OF PHILADELPHIA, INC., JANI-KING, INC. and JANI-KING INTERNATIONAL, INC., <br><br> Defendants. | Case No. 09-1738-RBS |

ORDER

This Court, having considered Defendants' Motion for Leave to File a Sur-Reply Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, hereby GRANTS Defendants' Motion. Defendants may file a Sur-Reply Memorandum in the form attached to their Motion for Leave.

Dated: November 27, 2013

_____
Hon. R. Barclay Surrick

Faxed to attached counsel.
11/27/13