IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAMELA MYERS ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-1738 |
| JANI-KING OF PHILADELPHIA, INC., | : | |
| ET AL. | : | |

### O R D E R

**AND NOW**, this  10th  day of     March    , 2015, upon consideration of Plaintiffs' Motion for Class Certification, (ECF No. 64), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

A.   Plaintiffs' Motion is **GRANTED**.

B.   This action is certified as a class action pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3), on behalf of the following class:

> All individuals who signed contracts with Jani-King of Philadelphia, Inc., Jani-King, Inc., or Jani-King International, Inc., and performed cleaning services in Pennsylvania pursuant to such contract at any time from March 20, 2006 to present.

C.   Plaintiffs Darryl Williams and Howard Brooks are designated as the representatives of the class.  David J. Cohen and the law firm of Kolman Ely PC; Elizabeth Tully and the law firm of Lichten & Liss-Riordan PC; and Patrick Howard and the law firm of Saltz Mongeluzzi Barrett & Bendesky shall serve as class counsel.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. BARCLAY SURRICK, J.*