IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL WILLIAMS and HOWARD BROOKS, on behalf of themselves and all others similarly situated,<br>　　　　Plaintiffs,<br>　v.<br>JANI-KING OF PHILADELPHIA, INC., JANI-KING, INC., and JANI-KING INTERNATIONAL, INC.,<br>　　　　Defendants. | Case No. 2:09-cv-01738-RBS<br><br>Hon. R. Barclay Surrick |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL CLASS ACTION SETTLEMENT APPROVAL**

For the reasons stated in the attached Memorandum of Law, Plaintiffs Darryl Williams and Howard Brooks respectfully submit this Unopposed Motion for seeking entry of an Order granting final approval to the Parties' proposed settlement in the above-captioned class action lawsuit.

Respectfully submitted,

Dated: August 2, 2019

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, *Pro Hac Vice*
Adelaide H. Pagano, *Pro Hac Vice*
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800

David J. Cohen
Stephan Zouras LLP
604 Spruce Street
Philadelphia, PA 19106
(215) 873-4836

*Class Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 2, 2019, a true and correct copy of the foregoing pleading was served on all record counsel by electronically filing this document and all attachments *via* the Court's ECF system.

      */s/ Shannon Liss-Riordan*