IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAMELA MYERS ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-1738 |
| JANI-KING OF PHILADELPHIA, INC. | : | |
| ET AL. | : | |

# **O R D E R**

**AND NOW**, this 26th day of  August , 2019, upon consideration of Plaintiffs' Unopposed Motion for Final Class Action Settlement Approval (ECF No. 159), and Plaintiffs' Unopposed Request for Incentive, Fee, and Expense Awards (ECF No.158), and after a Final Settlement Hearing held on August 20, 2019, and consistent with the Memorandum filed herewith, it is **ORDERED** as follows:

1. The following WPCL class is certified under Federal Rules of Civil Procedure 23(a) and 23(b)(3):

   all individuals who signed contracts with Jani-King of Philadelphia, Inc.; Jani-King, Inc.; or Jani-King International, Inc., and performed cleaning services in Pennsylvania pursuant to such a contract at any time from March 20, 2006 until the present.

2. The Settlement Agreement is **APPROVED** pursuant to Federal Rule of Civil Procedure 23(e). The Settlement Agreement is fair, reasonable, and adequate.

3. Attorneys' fees in the amount of $1,233,333.33 are awarded to Class Counsel.

4. Costs in the amount of $16,757.37 shall be paid to Class Counsel.

5. Service awards in the amount of $10,000 shall be paid to each of Named Plaintiffs: Darryl Williams, Howard Brooks, and Pamela Myers.

**IT IS SO ORDERED.**

                      **BY THE COURT:**

                      _____
                      **R. BARCLAY SURRICK, J.**